April 20, 2007

Mr. David W. Townend
The Townend Law Firm
18601 LBJ Freeway, Suite 440
Mesquite, TX 75150

Honorable Adolph Canales
Judge, 298th Judicial District Court
600 Commerce St., 6th Floor, Suite 428
Dallas, TX 75202-4606
Mr. Ken Braxton Jr.
Stewart Stimmel LLP
1701 Market Street, Suite 318, LB 18
Dallas, TX 75202

RE: Case Number: 05-0771
 Court of Appeals Number: 05-05-00520-CV
 Trial Court Number: 03-00497-M

Style: IN RE MICHAEL ANGELO BASCO, M.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. Pursuant to Texas Rule of Appellate
Procedure 52.8(c), without hearing oral argument Court conditionally grants
the petition for writ of mandamus.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim Hamlin |
| |Ms. Lisa Matz |
| |Mr. Donald P. |
| |Wilcox |